**JOY**, Respondent, v. **NEW YORK CENT. & H. R. R. Co.**, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Louis H. Joy against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., and HOUGHTON, J., dissent.

**KAPELLA**, Respondent, v. **NICHOLS CHEMICAL CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Kate Kapella, as administratrix, etc., against the Nichols Chemical Company. No opinion. Motion denied.

**KENNEALY**, Respondent, v. **WESTCHESTER ELECTRIC RY. CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by John Kennealy against the Westchester Electric Railway Company. No opinion. Motion denied.

**JULIUS KESSLER & CO.**, Respondents, v. **PURTELL**, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Julius Kessler & Co. against James E. Purtell. No opinion. Judgment affirmed, with costs.

**KEELER**, Appellant, v. **HERKIMER** et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Peter Keeler against Gilman M. Herkimer and William Phelps. No opinion. Judgment and order unanimously affirmed, with costs.

**KENT** v. **ETNA INS. CO.** (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Robert D. Kent against the Etna Insurance Company. No opinion. Motion denied.

**KURZ**, Respondent, v. **DOERR**, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by George Kurz against Anton Doerr. No opinion. Motion for leave to appeal to the Court of Appeals granted; form of question to be certified to be settled before HIRSCHBERG, J.

**KURZ**, Appellant, v. **HESS** et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by George M. Kurz against Leonhard Hess, Sr., and Bernhard Faber. No opinion. Motion granted.

**LAHEY** v. **TRADERS' PAPER CO.** (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by John Lahey against the Traders' Paper Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

**LANCASTER**, Respondent, v. **SPOTSWOOD**, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Thomas Lancaster against Thomas E. Spotswood. H. C. Lakin, for appellant. C. F. Wells, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 83 N. Y. Supp. 572.

**LANG** v. **LUTZ** et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Margaret Lang against John Lutz and others. No opinion. Motion for leave to appeal to the Court of Appeals granted; the form of the order and questions to be certified to that court to be settled by and before ADAMS, P. J., upon two days' notice.

**LA POINT**, Appellant, v. **HOWLAND PAPER CO.**, Respondent. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) Action by Caroline La Point, as administratrix, etc., of Peter La Point, deceased, against the Howland Paper Company. No opinion. Motion denied.

**LAROCQUE**, Appellant, v. **GAYS**, Respondent. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Henry Larocque against Henry W. Gays, as receiver, etc. No opinion. Judgment affirmed, with costs.

In re **LAWLOR.** (Supreme Court, Appellate Division, Second Department. October 9, 1903.) In the matter of the last will and testament of Anna Eliza (McCreedon) Lawlor, deceased. No opinion. Motion granted, so that the final order shall read, "and new hearing ordered."

**LAWRENCE**, Appellant, v. **WILSON**, Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by James V. Lawrence against William C. G. Wilson. No opinion. Order resettled by requiring the payment of the costs, as a condition of the new trial, to be within 20 days after the order of resettlement.

**LENNAN**, Respondent, v. **HAMBURG AMERICAN S. S. CO.**, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Mary W. Lennan, as executrix, against the Hamburg American Steamship Company. E. P. Wheeler, for appellant. J. C. Palmer, for respondent. No opinion. Judgment and orders affirmed, with costs.